AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Herrera, Judith C | U.S. District Court, NM | 05/08/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination, Date <br> ☐ Initial  ☒ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court <br> P.O. Box 2085 <br> Santa Fe, NM 87504-2085 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2007 MAY 15 P 12: 48
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/08/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/06 | Baird Real Estate; Real Estate |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/08/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Office Building-Rental Property #1 | N |
| 2. | Charles Schwab | Margin Account | M |
| 3. | Charles Schwab | Margin Account | M |
| 4. | Homecomings Financial | Main Residence | N |
| 5. | Las Campanas Limited Partnership | Lot | M |
| 6. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Account | A | Interest | | | | | | | |
| 2. Rental Property #1 Santa Fe, NM Purch. 03/30/94 $516,642 | G | Rent | O | R | | | | | |
| 3. ████Prtnrshp #1 Santa Fe, NM | C | Interest | O | W | | | | | |
| 4. ████Prtnrshp #1 Santa Fe, NM: Long Term Capital Gain | | | | | LTCG | | | G | |
| 5. Ishares MSCI Spain IDX | A | Dividend | | | BUY 50.0 | 11/20 | J | | |
| 6. | | | | | BUY 50.0 | 11/24 | J | | |
| 7. | | | | | BUY 50.0 | 11/17 | J | | |
| 8. JANUS OVERSEAS FUND | A | Dividend | | | BUY 499.2510 | 10/05 | K | | |
| 9. | | | | | BUY 114.6790 | 11/08 | J | | |
| 10. | | | | | BUY 124.8130 | 10/03 | J | | |
| 11. | | | | | BUY 124.6570 | 10/11 | J | | |
| 12. COHEN & STEERS REALTY | A | Dividend | | | BUY 110.29 | 10/05 | J | | |
| 13. | A | Dividend | | | | | | | |
| 14. ALLEGHENY TECH INC. NEW | A | Dividend | | | BUY 50.0 | 12/06 | J | | |
| 15. | | | | | BUY 200.0 | 3/07 | J | | |
| 16. | | | | | SELL (P) 800 | 4/03 | K | D | |
| 17. | | | | | SELL (P) 200 | 4/03 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | BUY 400.0 | 4/10 | K | | |
| 19. ANADIGICS INC | | | | | BUY 500.0 | 2/03 | J | | |
| 20. | | | | | SELL 500.0 | 3/15 | J | | |
| 21. APPLE COMPUTER INC | | | | | BUY 100.0 | 1/10 | J | | |
| 22. | | | | | BUY 100.0 | 1/20 | J | | |
| 23. | | | | | SELL (F) 400 | 4/10 | K | | |
| 24. | | | | | SELL (P) 100 | 3/20 | J | | |
| 25. BOEING | A | Dividend | | | BUY 100.0 | 1/17 | J | | |
| 26. | | | | | BUY 50.0 | 2/24 | J | | |
| 27. | | | | | SELL 150.0 | 4/04 | J | B | |
| 28. CATERPILLAR INC. | A | Dividend | | | BUY 250.0 | 3/24 | K | | |
| 29. | | | | | SELL 250.0 | 9/14 | K | | |
| 30. CEMEX SA ADR NEW | | | | | BUY 100.0 | 1/18 | J | | |
| 31. | | | | | BUY 100.0 | 1/27 | J | | |
| 32. | | | | | BUY 100.0 | 3/06 | J | | |
| 33. | | | | | SELL (F) 600 | 4/03 | K | B | |
| 34. CHESAPEAKE ENERGY CORP | A | Dividend | | | BUY 250.0 | 1/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | BUY 100.0 | 1/27 | J | | |
| 36. | | | | | SELL (F) 750 | 2/10 | K | A | |
| 37.   CIGNA Corp | A | Dividend | | | SELL (F) 200 | 1/27 | K | A | |
| 38.   DELEK US HOLDINGS INC. | A | Dividend | | | BUY 500.0 | 8/28 | J | | |
| 39. | | | | | BUY 1,000.0 | 9/05 | K | | |
| 40. | | | | | SELL (P) 500 | 8/28 | K | | |
| 41.   DEVON ENERGY CP NEW | A | Dividend | | | SELL (P) 500 | 2/10 | K | | |
| 42. | | | | | BUY 200.0 | 9/11 | J | | |
| 43. | | | | | BUY 200.0 | 9/14 | J | | |
| 44. | | | | | BUY 50.0 | 12/19 | J | | |
| 45. | | | | | BUY 100.0 | 9/29 | J | | |
| 46. | | | | | BUY 100.0 | 10/16 | J | | |
| 47. | | | | | BUY 50.0 | 12/20 | J | | |
| 48. | | | | | SELL (P) 200 | 2/10 | J | | |
| 49.   E-TRADE FINANCIAL CORP | | | | | BUY 400.0 | 1/12 | J | | |
| 50. | | | | | BUY 200.0 | 1/27 | J | | |
| 51. | | | | | BUY 300.0 | 4/04 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | SELL (P)1000 | 5/17 | K | D | |
| 53. EMCOR GROUP INC | | | | | BUY 150.0 | 12/28 | J | | |
| 54. ENCORE WIRE CORP | | | | | BUY 500.0 | 5/01 | K | | |
| 55. | | | | | BUY 100.0 | 9/14 | J | | |
| 56. | | | | | BUY 300.0 | 4/10 | J | | |
| 57. | | | | | BUY 100.0 | 7/28 | J | | |
| 58. | | | | | BUY 100.0 | 7/31 | J | | |
| 59. | | | | | BUY 200.0 | 10/30 | J | | |
| 60. | | | | | SELL (F) 600 | 12/28 | J | | |
| 61. | | | | | SELL (F) 700 | 12/28 | K | | |
| 62. ENDO PHARM HOLDINGS INC | | | | | BUY 250.0 | 1/12 | J | | |
| 63. | | | | | SELL (F) 650 | 1/20 | K | A | |
| 64. FLUOR CORP. NEW | A | Dividend | | | BUY 400.0 | 5/10 | K | | |
| 65. | | | | | SELL (F) 400 | 8/25 | K | | |
| 66. FORMFACTOR INC | | | | | BUY 500.0 | 5/10 | K | | |
| 67. | | | | | SELL (F) 500 | 9/28 | K | | |
| 68. GILEAD SCIENCES INC | | | | | BUY 100.0 | 3/23 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V=Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Herrera, Judith C | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | BUY 200.0 | 4/10 | J | | |
| 70. | | | | | SELL (F) 300 | 5/10 | K | | |
| 71. GRANT PRIDECO INC | | | | | BUY 250.0 | 1/24 | J | | |
| 72. | | | | | BUY 200.0 | 1/27 | J | | |
| 73. | | | | | BUY 550.0 | 2/13 | K | | |
| 74. | | | | | SELL (P) 350 | 3/20 | K | | |
| 75. | | | | | SELL (P) 200 | 3/16 | K | | |
| 76. HANSEN NATURAL CORP | | | | | BUY 100.0 | 8/11 | J | | |
| 77. | | | | | SELL (F) 100 | 9/08 | J | | |
| 78. HARDING LOEVNER EMERGING | A | Dividend | | | BUY 127.5510 | 10/10 | J | | |
| 79. HEWLETT-PACKARD COMPANY | A | Dividend | | | SELL (F) 700 | 3/31 | K | C | |
| 80. INSTEEL INDUSTRIES INC | A | Dividend | | | BUY 300.0 | 3/01 | J | | |
| 81. | | | | | BUY 200.0 | 3/20 | J | | |
| 82. | | | | | BUY 400.0 | 3/24 | K | | |
| 83. | | | | | SELL (F) 900 | 5/01 | K | | |
| 84. KENDLE INTL | | | | | SELL (F)1000 | 2/10 | K | | |
| 85. KONGZHONG CORP ADR | | | | | BUY 400.0 | 8/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | BUY 600.0 | 9/06 | J | | |
| 87. | | | | | SELL (F)1000 | 10/16 | J | | |
| 88. LONG, POUND, KOMER | | | | | SELL (F) | 5/11 | L | | |
| 89. MCDERMOTT INTL INC | | | | | BUY 250.0 | 11/08 | J | | |
| 90. | | | | | SELL (P)2000 | 10/06 | L | E | |
| 91. MARVEL TECH GROUP LTD | | | | | BUY 200.0 | 1/25 | J | | |
| 92. | | | | | BUY 100.0 | 1/27 | J | | |
| 93. | | | | | SELL 300 (F) | 3/31 | K | | |
| 94. | | | | | SELL 350 (F) | 3/20 | K | A | |
| 95. MEMC ELECTRNC MATERIALS | | | | | BUY 500.0 | 3/24 | K | | |
| 96. | | | | | BUY 100.0 | 5/03 | J | | |
| 97. | | | | | BUY 300.0 | 8/02 | J | | |
| 98. | | | | | BUY 150.0 | 3/08 | J | | |
| 99. | | | | | BUY 200.0 | 3/15 | J | | |
| 100. | | | | | BUY 500.0 | 3/20 | K | | |
| 101. | | | | | BUY 50.0 | 10/31 | J | | |
| 102. MERRILL LYNCH & CO | | | | | SELL (F) 100 | 1/06 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MIPS TECHNOLOGIES | | | | | BUY 500.0 | 2/03 | J | | |
| 104. | | | | | SELL (F) 500 | 3/15 | J | | |
| 105. MITCHAM INDUSTRIES | | | | | SELL (F) 750 | 3/16 | J | | |
| 106. MOTOROLA | A | Dividend | | | BUY 300.0 | 1/09 | J | | |
| 107. | | | | | SELL (F)1300 | 3/30 | K | B | |
| 108. MULTI FINELINE ELCTRONX | | | | | BUY 300.0 | 3/31 | K | | |
| 109. | | | | | BUY 200.0 | 4/04 | J | | |
| 110. | | | | | BUY 200.0 | 4/06 | J | | |
| 111. | | | | | SELL (F) 700 | 7/26 | K | | |
| 112. NETEASE.COM INC ADR | | | | | BUY 200.0 | 3/24 | K | | |
| 113. | | | | | BUY 300.0 | 4/06 | J | | |
| 114. | | | | | BUY 250.0 | 3/20 | K | | |
| 115. | | | | | BUY 1000.0 | 5/16 | K | | |
| 116. | | | | | SELL (P)1100 | 6/13 | K | | |
| 117. | | | | | SELL (F)1000 | 7/26 | K | | |
| 118. NETLOGIC MICROSYS NEW | | | | | BUY 500.0 | 3/30 | K | | |
| 119. | | | | | BUY 300.0 | 4/06 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | SELL (P) 500 | 5/16 | K | | |
| 121. | | | | | SELL (F) 300 | 7/26 | J | | |
| 122. HERRERA, LONG, POUND & KOMER, PA, PROFIT SHARING PLAN: | | | | | | | | | |
| 123. NW Mutual Life Ins. | | None | K | T | | | | | |
| 124. NW Mutual Life Ins. | | None | L | T | | | | | |
| 125. NW Mutual Life Ins. | | None | L | T | | | | | |
| 126. NW Mutual Life Ins. | | None | K | T | | | | | |
| 127. NW Mutual Variable Extra Ord Life: Aggressive Growth Stock | | None | K | T | | | | | |
| 128. NW Mutual Variable Extra Ordinary Life: Small Cap Growth | | None | K | T | | | | | |
| 129. NW Mutual Variable Extra Ordinary Life: Aggressive Growth | | None | J | T | | | | | |
| 130. NW Mutual Variable Extra Ordinary Life: Small Cap Growth | | None | J | T | | | | | |
| 131. NW Mutual Variable Extra Ordinary Life: Aggressive Growth | | None | J | T | | | | | |
| 132. NW Mutual Variable Extra Ordinary Life: Small Cap Growth | | None | J | T | | | | | |
| 133. NUCOR CORP. | A | Dividend | | | BUY 300.0 | 6/07 | K | | |
| 134. | | | | | SELL (F) 300 | 9/27 | J | | |
| 135. OMNIVISION TECHNOLOGIES | | | | | BUY 600.0 | 3/31 | K | | |
| 136. | | | | | BUY 400.0 | 4/04 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Herrera, Judith C | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | BUY 200.0 | 4/21 | J | | |
| 138. | | | | | SELL (P) 600 | VARY | K | | |
| 139. PARKER DRILLING CO | | | | | SELL (F)9000 | 3/24 | L | A | |
| 140. PHELPS DODGE CORP. | A | Dividend | | | BUY 300.0 | 6/07 | K | | |
| 141. | | | | | BUY 25.0 | 12/04 | J | | |
| 142. | | | | | SELL (P) 200 | 10/11 | K | | |
| 143. PRECISION CASTPARTS CORP | A | Dividend | | | BUY 50.0 | 1/09 | J | | |
| 144. | | | | | SELL (F) 450 | 2/10 | K | A | |
| 145. QIAO XING UNIVERSAL TELF | | | | | BUY 100.0 | 8/25 | J | | |
| 146. | | | | | BUY 400.0 | 8/28 | J | | |
| 147. | | | | | SELL (F) 500 | 9/08 | J | | |
| 148. SCHLUMBERGER LTD | A | Dividend | | | BUY 100.0 | 1/13 | J | | |
| 149. | | | | | BUY 100.0 | 3/14 | J | | |
| 150. | | | | | BUY 150.0 | 3/24 | K | | |
| 151. | | | | | BUY 50.0 | 1/27 | J | | |
| 152. | | | | | SELL (P) 700 | 9/14 | K | | |
| 153. TEVA PHARM INDS LTD ADRF | | | | | BUY 100.0 | 1/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | SELL (F) 500 | 1/24 | K | A | |
| 155. TIDEWATER INC | | | | | SELL (F) 200 | 1/10 | J | | |
| 156. TRANSOCEAN INC | | | | | BUY 100.0 | 3/14 | J | | |
| 157. | | | | | BUY 50.0 | 8/07 | J | | |
| 158. | | | | | SELL (P) 500 | 9/05 | K | A | |
| 159. T ROWE PRICE REAL ESTATE | A | Dividend | | | BUY 103.3060 | 10/05 | J | | |
| 160. | A | Dividend | | | | | | | |
| 161. TSAKOS ENERGY NAV LTD | A | Dividend | | | BUY 500.0 | 9/08 | K | | |
| 162. UNITED HEALTH GROUP | | | | | SELL (F) 400 | 1/27 | K | | |
| 163. UNITED INDUSTRIAL CORP. | A | Dividend | | | BUY 200.0 | 4/27 | J | | |
| 164. | | | | | BUY 100.0 | 4/03 | J | | |
| 165. | | | | | BUY 200.0 | 4/10 | J | | |
| 166. | | | | | BUY 100.0 | 5/10 | J | | |
| 167. | | | | | SELL (P) 200 | 7/26 | J | | |
| 168. | | | | | SELL (F) 400 | 10/13 | K | | |
| 169. U.S. GLOBAL INVESTORS | B | Dividend | | | BUY 82.5630 | 11/13 | J | | |
| 170. | B | Dividend | | | BUY 340.8320 | 10/04 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | BUY 300.8420 | 11/08 | J | | |
| 172. | | | | | BUY 100.8740 | 11/22 | J | | |
| 173. | | | | | BUY 93.4870 | 12/06 | J | | |
| 174. | | | | | BUY 185.8740 | 9/29 | J | | |
| 175. | | | | | BUY 79.2390 | 10/10 | J | | |
| 176. VALERO ENERGY CORP. NEW | A | Dividend | | | SELL (F) 600 | 4/10 | K | B | |
| 177. | | | | | BUY 200.0 | 2/13 | J | | |
| 178. | | | | | SELL (F) 300 | 4/10 | K | B | |
| 179. VERTEX PHARMACEUTICALS | | | | | BUY 600.0 | 1/12 | K | | |
| 180. | | | | | SELL (F) 600 | 4/07 | K | B | |
| 181. WESCO INTERNATIONAL INC | | | | | BUY 500.0 | 4/10 | K | | |
| 182. | | | | | SELL (F) 500 | 8/25 | K | | |
| 183. XYRATEX LTD | | | | | BUY 500.0 | 8/09 | J | | |
| 184. | | | | | BUY 300.0 | 9/21 | J | | |
| 185. | | | | | SELL (P) 300 | 10/30 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/08/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/08/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu_____ Date___5/14/07_____

NOTE:_____IFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND C

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544